# FILED

03/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0731

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### CASE NO. DA 22-0731

------------------------------------------------------------------------------------------------

RAMES, INC. formerly d/b/a )
CENTRAL INSURANCE AGENCY, )
                               )
       Defendant/Appellant, )
                               )
   -vs.- )
                               )
TCF ENTERPRISES, INC. d/b/a )
MALMQUIST CONSTRUCTION )
and  CINCINATTI INSURANCE )
COMPANY, )
                               )
       Plaintiffs/Appellees. )

**ORDER EXTENDING TIME
LIMITATION TO COMPLETE
APPELLATE MEDIATION**

------------------------------------------------------------------------------------------------

Based upon Appellant Rames, Inc. formerly d/b/a Central Insurance Agency's unopposed Motion to Extend Time Limitation to Complete Appellate Mediation, no objection being made by counsel for Appellees herein, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time period for the parties to complete the court mandated appellate mediation, as set forth in M.R.App.P. 7(3)(a), is hereby extended through and including April, 13, 2023.  M.R.App.P. 7(3)(a).

ORDER EXTENDING TIME LIMITATION TO
COMPLETE APPELLATE MEDIATION       Page 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 3 2023